

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      In re Autozone Parts, Inc. and Aaron Allen

Appellate case number:   01-17-00559-CV

Trial court case number:  2015-02275

Trial court:                     151st District Court of Harris County

Relators, Autozone Parts, Inc. and Aaron Allen, have filed a petition for writ of mandamus challenging the trial court's June 8, 2017 order denying their motion for a medical examination of the plaintiff in the underlying case. The Court requests that the real party in interest respond to the petition for writ of mandamus by no later than **August 8, 2017**.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                              Acting individually

Date: July 18, 2017